IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01114-WJM-MJW

EUGENE GALLEGOS and
DIANE GALLEGOS,

Plaintiff(s),

v.

SAFECO INSURANCE COMPANY OF AMERICA,

Defendant(s).

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Entry of a Protective Order
(docket no. 23) is GRANTED finding good cause shown.  The written Stipulated
Protective Order (docket no. 23-1) is APPROVED as amended in paragraphs 4, 6, and
8 and made an Order of Court.

Date: July 15, 2014