# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  14-cv-01114-WJM-MJW     FTR - Courtroom A-502

**Date:**    October 07, 2014       Courtroom Deputy, Ellen E. Miller

| _Parties_ | _Counsel_ |
|---|---|
| EUGENE GALLEGOS and<br>DIANE GALLEGOS, | Keith E. Frankl |
| Plaintiff(s), | |
| v. | |
| SAFECO INSURANCE COMPANY OF AMERICA, | Holly C. Ludwig |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:    **TELEPHONIC  MOTION HEARING**
**Court in Session:**     **10:02 a.m.**
Court calls case.  Appearances of counsel.
The Court raises Plaintiffs' Motion to Amend Scheduling Order and Extend Deadlines by 60 days for argument.

Argument by Mr. Frankl and Ms. Ludwig.

**It is ORDERED:**     Plaintiffs' MOTION TO AMEND SCHEDULING ORDER AND EXTEND DEADLINES BY 60 DAYS [Docket No. **27**, filed September 25, 2014] is **GRANTED IN PART AND DENIED IN PART** for reasons as set forth on the record.

The Motion is GRANTED to the extent that the Scheduling Order [Docket No. 22, filed July 07, 2014] is amended as follows:
Deadline for Plaintiffs to disclose experts:   **NOVEMBER 24, 2014**
Deadline for Defendant to disclose experts:   **DECEMBER 26, 2014**
Deadline for Expert Depositions:     **JANUARY 24, 2015**
Deadline as to remainder of Discovery:    **JANUARY 01, 2015**
Disposition Motions deadline remains:   **FEBRUARY 09, 2015**
Final Pretrial Conference remains set    **APRIL 09, 2015 at 9:30 a.m.**

The deposition of the Defendants' Expert Engineer is scheduled OCTOBER 23, 2014.
The 30b(6) deposition being sought by the Plaintiffs is scheduled OCTOBER 30, 2014.
The defendant's adjuster deposition is scheduled NOVEMBER 13, 2014 at 9:30 a.m..

Plaintiffs make an Oral Motion for defendant to provide the last known address and telephone number of the adjuster.   With no objection,

**It is ORDERED:**     Plaintiffs' ORAL MOTION for defendant to provide the last known address and telephone number of the adjuster is **GRANTED;** Defendant shall forthwith provide this contact information to the Plaintiffs.

Hearing concluded.
**Court in recess:**    10:25 a.m.
Total In-Court Time 00:23

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.