UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01114-WJM-MJW

EUGENE GALLEGOS AND DIANE GALLEGOS,

    Plaintiffs,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.

---

**ORDER RE: DEFENDANT'S MOTION TO CLARIFY SCHEDULING ORDER DEADLINES** (Docket No. 44)

---

THIS MATTER, having come before the Court on Defendant Safeco Insurance Company of America's Motion to Clarify Scheduling Order Deadlines ("Motion") and the Court, having read the Motion, and being fully advised in the premises and good cause shown therefor, HEREBY ORDERS that the Motion is hereby GRANTED, as follows:

The discovery cut-off for non-expert discovery is January 7, 2015, and the deadline to serve written discovery was December 5, 2014. Safeco's First Set of Written Discovery was timely served on December 5, 2014. (*)

DONE this __16th__ day of __December__, 2014.

BY THE COURT

/s/ Michael J. Watanabe
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

(*) The October 7, 2014 Order setting Discovery cut-off as January 01, 2015 was typed in error. The Discovery cut-off for non-expert Discovery is January 7, 2015.