IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01114-WJM-MJW

EUGENE GALLEGOS and
DIANE GALLEGOS,

Plaintiff(s),

v.

SAFECO INSURANCE COMPANY OF AMERICA,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Motion of PT&C Forensic Consulting Services, P.A., and Shrauben for Stay of Order Compelling Production, Pursuant to Fed. R. Civ. P. 72(a); D.C.COLO.LCivR 30.2(b) is DENIED finding no basis of law or fact to justify a stay. The case of *Everhart v. Am. Family Ins.*, 14-cv-0694-WYD-BNB, as cited by PT&C Forensic Consulting Services, P.A., and Shrauben, is separate and distinct from the case before this court. The facts and circumstance of these two cases are not identical. Moreover, the discovery cut off date in this case is March 31, 2015, and the Final Pretrial Conference is set on April 9, 2015.

Date: March 16, 2015