IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01114-WJM-MJW

EUGENE GALLEGOS and
DIANE GALLEGOS,

Plaintiff(s),

v.

SAFECO INSURANCE COMPANY OF AMERICA,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion of PT&C Forensic Consulting Services, P.A., and Shrauben for Stay of Order Compelling Production, Pursuant to Fed. R. Civ. P. 72(a); D.C.COLO.LCivR 30.2(b) (docket no. 91) is DENIED for a second time for those reasons outlined in this court's Minute Order (docket no. 89) entered on March 16, 2015.  The arguments presented in this subject motion (docket no. 91) are the same arguments previously raised in the Motion of PT&C Forensic Consulting Services, P.A. and Shrauben for Stay of Order Compelling Production, Pursuant to Fed. R. Civ. R. [sic] [P]; D.C.COLO.LCivR 30.2(b) (docket no. 87).

Date: March 19, 2015