# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Civil Action No. 14-cv-01114-WJM-MJW

EUGENE GALLEGOS, and
DIANE GALLEGOS,

    Plaintiffs,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all orders entered during the pendency of this case, and the Order Granting Defendant's Motion for Summary Judgment [118], entered by the Honorable William J. Martínez, United States District Judge, on June 4, 2015,

    IT IS ORDERED that Defendant's Motion for Summary Judgment [75] is GRANTED.

    IT IS FURTHER ORDERED that Final Judgment is entered in favor of Defendant and against the Plaintiffs and the action and complaint are dismissed.  Each party shall bear their own attorneys' fees and costs.

    Dated at Denver, Colorado, this 4th day of June 2015.

                                          BY THE COURT:

                                          JEFFREY P. COLWELL, CLERK

                                          By:   s/Deborah Hansen
                                          Deborah Hansen, Deputy Clerk